### E. J. Johnson, Defendant in Error, v. Adolph W. Waldman, Plaintiff in Error.

### Gen. No. 22,499.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LA BUY, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed February 19, 1917. Rehearing denied March 5, 1917.

### Statement of the Case.

Attachment by E. F. Johnson, plaintiff, against Adolph W. Waldman, defendant. From a judgment for plaintiff, defendant brings error.

WILLIAM SCHWEMM and BARNARD J. BAUMER, for plaintiff in error.

CHARLES H. LEECH, for defendant in error.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 866*—*what does not constitute an abstract.* A mere index of the proceedings in the trial court is not such abstract of the record as complies with Rule 18 of the Appellate Court rules, requiring a complete abstract of the record in a cause brought to the Appellate Court.